**SAO**
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**RANALLI & ZANIEL, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorneys for Defendant,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| ELLIOT FATOUROS, an individual, | ) |
| Plaintiff, | ) **CASE NO.: 2:15-cv-00610 RFB-GWF** |
| vs. | ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ELLIOT FATOUROS, and Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each

of the parties to pay their own attorney fees and costs herein incurred.

    No Scheduling Order or Request for Trial Setting was filed and no trial date has been set.

| June 26TH 2015 | June 26TH 2015 |
|---|---|
| **STEVE DIMOPOULUS LAW FIRM** | **RANALLI & ZANIEL, LLC** |
| */Steve Dimopoulus, Esq./* | */John W. Kirk, Esq./* |
| **STEVE DIMOPOULUS, ESQ.**<br>Nevada Bar No.: 12729<br>6830 S. Rainbow Blvd.<br>Suite 200<br>Las Vegas, Nevada 89118<br>Attorney for Plaintiff | **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No.: 5748<br>**JOHN W. KIRK, ESQ.**<br>Nevada Bar No. 4654<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorney for Defendants |

**ORDER**

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice; each party to bear their own fees and costs.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff ELLIOT FATOUROS, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through counsel undersigned, and representation having been made that no Scheduling Order or Request for Trial Setting was filed and no trial date has been set.

Dated: July 1, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

Respectfully Submitted By:

**RANALLI & ZANIEL, LLC**

*/John W. Kirk, Esq./*
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052

3