UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELLIOT FATOUOS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____) | Case No. 2:15-cv-00610-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Sigal Chattah's Motion to Withdraw as Counsel of Record for Plaintiff Elliot Fatouros (#14), filed on June 26, 2015. Good cause appearing, the motion will be granted. Accordingly,

**IT IS HEREBY ORDERED** that Sigal Chattah's Motion to Withdraw as Counsel of Record for Plaintiff Elliot Fatouros (#14) is **granted**.

**DATED** this 15th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge